UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-61782-CIV-WILLIAMS

KYLE WARD,

    Plaintiff,

vs.

TRAVEL DAYS INC.,

    Defendant

_____/

## CLERK'S ENTRY OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68 and Plaintiff's Notice of Acceptance of Offer of Judgment (DE 11), the Clerk of the Court hereby enters Judgment in favor of Plaintiff Kyle Ward.

DONE AND ORDERED this 13th day of September, 2018 in the Southern District of Florida.

    Steven M. Larimore
    CLERK OF COURT

    By: s/Autumn Sandoval
        Data Quality Analyst